# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

REGINA NANEZ,

    Plaintiff,

v.                                                         CV No. 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

    Defendant.

## ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION

**THIS MATTER** is before the Court upon review of the record. In November 2018, the presiding Judge referred this matter to arbitration, pursuant to an arbitration clause signed by the parties. (Doc. 7). It has now been one year since this case was compelled to arbitration. *See* (Doc. 7) (filed November 16, 2018).

**IT IS THEREFORE ORDERED** that, on or before **January 14, 2020**, Plaintiff shall notify the Court in writing of the status of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE