IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REGINA NANEZ,

    Plaintiff,

v.                                                                   CV No. 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

    Defendant.

## ORDER SUBSTITUTING PLAINTIFF

**THIS MATTER** is before the Court on Plaintiff's *Suggestion of Death Upon the Record and Unopposed Motion to Substitute Plaintiff* (the "Motion"), (Doc. 12), filed February 14, 2020. In the Motion, counsel explains Travis Nanez, personal representative of the estate of Regina Nanez, shall be substituted for Plaintiff Regina Nanez, now deceased. (Doc. 12 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that "Travis Nanez, as Personal Representative of the Estate of Regina Nanez, Deceased" is substituted as Plaintiff for "Regina Nanez."

**IT IS FURTHER ORDERED** that the Clerk of Court shall amend the docket to reflect this substitution.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE