**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

REGINA NANEZ,

       Plaintiff,

v.                                     CV No. 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

       Defendant.

### ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION

       **THIS MATTER** is before the Court upon review of the record. In January 2020, the parties explained they intended to have an arbitrator selected by March 1, 2020. (Doc. 11 at 2). As soon as possible after March 1, the parties stated they would participate in arbitration. *Id.*

       **IT IS THEREFORE ORDERED** that, on or before **April 1, 2020**, Plaintiff shall notify the Court in writing of the status of this case, including whether an arbitrator has been selected and the scheduled or anticipated date of arbitration.

       **IT IS SO ORDERED**.

                      _____
                      THE HONORABLE CARMEN E. GARZA
                      CHIEF UNITED STATES MAGISTRATE JUDGE