IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REGINA NANEZ,

      Plaintiff,

v.                                                  CV No. 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

      Defendant.

## ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION

**THIS MATTER** is before the Court upon review of the record. On April 1, 2020, the parties explained they intended to "stay selection for an arbitrator for sixty (60) days" because of the COVID-19 pandemic. (Doc. 15 at 1-2). The Court notes that this case was referred to arbitration on November 16, 2018, and an arbitrator has still not been selected. *See* (Doc. 7).

**IT IS THEREFORE ORDERED** that, on or before **June 10, 2020**, Plaintiff shall notify the Court in writing of the status of this case, including whether an arbitrator has been selected and the scheduled or anticipated date of arbitration.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE