## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

REGINA NANEZ,

      Plaintiff,

v.                                                   CV No. 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

      Defendant.

### ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION

**THIS MATTER** is before the Court on Plaintiff's *Response to Order for Status* (the "Response"), (Doc. 17), filed June 10, 2020. In the Response, Plaintiff requests thirty days to file a Notice with the Court regarding the current status of this case. (Doc. 17 at 1-2). At that time, Plaintiff will inform the Court of the arbitrator selected by the parties to facilitate a resolution of this case.

**IT IS THEREFORE ORDERED** that, on or before **July 13, 2020**, Plaintiff shall notify the Court in writing of the status of this case, including whether an arbitrator has been selected and the scheduled or anticipated date of arbitration.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE