IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REGINA NANEZ,

    Plaintiff,

v.                                        CV No. 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

    Defendant.

## ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION

**THIS MATTER** is before the Court on Plaintiff's *Response to Order for Status of Arbitration* (the "Response"), (Doc. 20), filed July 8, 2020. In the Response, Plaintiff explains the parties are proceeding with arbitration before Judge Lynch in October 2020 to resolve this case. (Doc. 20 at 1).

**IT IS THEREFORE ORDERED** that, on or before **November 2, 2020**, Plaintiff shall notify the Court in writing of the status of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE