**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TRAVIS NANEZ,

      Plaintiff,

v.                                                                      CV No. 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

      Defendant.

**ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION**

**THIS MATTER** is before the Court on Plaintiff's *Response to Order for Status of Arbitration* (the "Response"), (Doc. 22), filed October 30, 2020. In the Response, Plaintiff explains the parties have agreed to an arbitration date in October of 2021 to resolve this case, but they are awaiting Judge Lynch's conflict check. (Doc. 22 at 1).

**IT IS THEREFORE ORDERED** that, on or before **February 1, 2021**, Plaintiff shall notify the Court in writing of the status of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE