IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVIS NANEZ,

      Plaintiff,

v.                                                                                                    No. CV 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

      Defendant.

**ORDER TO NOTIFY THE COURT OF STATUS OF ARBITRATION**

**THIS MATTER** is before the Court on the parties' *Status Report* (the "Report"), (Doc. 24), filed February 4, 202. In the Report, the parties state that Judge Lynch has cleared his conflicts check and set this matter for arbitration beginning on October 25, 2021. (Doc. 24 at 1).

**IT IS THEREFORE ORDERED** that, on or before **July 1, 2021**, Plaintiff shall notify the Court in writing of the status of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE