IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVIS NANEZ,

    Plaintiff,

v.     No. CV 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

    Defendant.

### ORDER TO NOTIFY THE COURT OF STATUS OF CASE

**THIS MATTER** is before the Court on Plaintiff's *Response to Order for Status of Arbitration* (the "Report"), (Doc. 26), filed July 13, 2021. In the Report, Plaintiff states that the parties and Judge Lynch have rescheduled this case for arbitration beginning on May 2, 2022, due to a scheduling conflict. (Doc. 26 at 1). Plaintiff also notes that he "may invite Defendant to mediation prior to arbitration" after discovery is completed. *Id.*

**IT IS THEREFORE ORDERED** that, on or before **November 1, 2021**, Plaintiff shall notify the Court in writing of the status of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE