IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVIS NANEZ,

    Plaintiff,

v.                                                                 No. CV 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

    Defendant.

### ORDER TO NOTIFY THE COURT OF STATUS OF CASE

**THIS MATTER** is before the Court on Plaintiff's *Response to Order for Status of Arbitration* (the "Report"), (Doc. 28), filed November 3, 2021. In the Report, Plaintiff states that the parties "agreed to reset the arbitration for either late July of 2022 or the first week of August, 2022." (Doc. 28 at 1). Plaintiff states that the parties will select a new arbitration date as soon as one witness confirms her availability. *Id.*

**IT IS THEREFORE ORDERED** that, on or before **March 1, 2022**, Plaintiff shall notify the Court in writing of the status of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE