**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TRAVIS NANEZ,

      Plaintiff,

v.                                        No. CV 18-968 MV/CG

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY,

      Defendant.

## ORDER TO NOTIFY THE COURT OF STATUS OF CASE

**THIS MATTER** is before the Court on Plaintiff's *Response to Order for Status of Arbitration* (the "Report"), (Doc. 31), filed March 9, 2022. In the Report, Plaintiff states that arbitration is currently set for the week of "August 1-5, before Judge Lynch." (Doc. 31 at 1).

**IT IS THEREFORE ORDERED** that, on or before **August 12, 2022**, Plaintiff shall notify the Court in writing of the status of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE