IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRAVIS NANEZ,

    Plaintiffs,

v.                      No. 18-cv-0968 MV/SMV

EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY,

    Defendant.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court on Plaintiff's Response to Order for Status of Arbitration [Doc. 36], filed on August 29, 2022. Plaintiff indicates that the arbitration before Judge Lynch set for August 1–5, 2022, was vacated and reset for February 20–24, 2023. *Id.* at 2. Accordingly, Plaintiff must file a status report addressing the outcome of the arbitration no later than **March 13, 2023.**

    IT IS SO ORDERED.

                                              **STEPHAN M. VIDMAR**
                                              **United States Magistrate Judge**